IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| MICHAEL WILLIAMS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION NO. |
| VS. | ) |
| | ) 3:25-CV-1551-G-BN |
| AMDOCS, INC., ET AL., | ) |
| | ) |
| Defendants. | ) |

## ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the court **ADOPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

The court therefore **DISMISSES** the Title VII and state tort claims in the complaint with prejudice as time-barred.

**SO ORDERED**.

January 2, 2026.

_____
**A. JOE FISH**
**Senior United States District Judge**